UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

| | |
|---|---|
| CASILDA RUFEN, | 07-CV-1523 (AKH) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| 127 JOHN STREET REALTY LLC, ET AL., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         September 11, 2007

                Yours etc.,

                HARRIS BEACH PLLC
                *Attorneys for Defendant*
                **CENTURY 21, INC., BLUE MILLENNIUM REALTY LLC**

                _____/s/_____
                Stanley Goos, Esq. (SG-7062)
                100 Wall Street
                New York, NY  10005
                212 687-0100
                212 687-0659 (Fax)

## CERTIFICATION OF SERVICE

The undersigned certifies that on September 11, 2007, I caused the following document to be electronically via the Court's ECF system:

1. Notice of Appearance (of Defendants Century 21, Inc and Blue Millennium Realty).

The undersigned further certifies that on September 11, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

*Liaison Counsel for Plaintiffs*

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

*Liaison Counsel for the Defendants*

Dated: September 11, 2007

/s/
Stanley Goos