UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER         Docket No.:
MANHATTAN DISASTER SITE LITIGATION      21 MC 102(AKH)
-----------------------------------------------------------------X
CASILDA RUFFEN,                         07CV1523(AKH)

                Plaintiff(s),

                                       NOTICE OF APPEARANCE
                                       BY DEFENDANTS
      -against-                            ROCKROSE DEVELOPMENT
                                       CORP. and 127 JOHN STREET
                                       REALTY LLC

127 JOHN STREET REALTY LLC, et al.

                Defendant(s),
-----------------------------------------------------------------X

     To the Clerk of the Court and all parties of record:

     Enter appearance of the undersigned as counsel in this case for defendants, Rockrose Development Corp. and 127 John Street Realty Corp.

     The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       January 10, 2008

                                          FRANK A. SCANGA, ESQ.
                                          Attorney for Defendants,
                                          Rockrose Development Corp. and 127 John Street
                                          Realty Corp
                                          477 Madison Avenue
                                          21st Floor
                                          New York, New York 10022
                                          (212) 758-4040

                       By:   _____
                                Frank A. Scanga (FS 1460)